```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| Lisa CHRISTMANN, : | |
| : | CIVIL ACTION |
| Plaintiff, : | NO. 19-01707 |
| : | |
| v. : | |
| : | |
| Cynthia LINK, et al., : | |
| : | |
| Defendants. : | |

### ORDER

**AND NOW**, this **6th** day of **April, 2021**, after considering Defendants' motions for summary judgment and Plaintiff's responses thereto, and following a hearing on the record, it is hereby ordered, for the reasons set forth in the accompanying memorandum, that:

1. Defendant Link's Motion for Partial Summary Judgment (ECF No. 62) is **GRANTED**. Accordingly, Defendant Link is dismissed from this action.

2. The remaining Defendants' Motion for Summary Judgment (ECF No. 74) is **GRANTED in part and DENIED in part**, as follows:

    a. The Motion is **GRANTED** with respect to Defendants McClain, Buzdygon, and Martin. Accordingly, Defendants McClain, Buzdygon, and Martin are dismissed from this action.

    b. The Motion is **DENIED** with respect to

Defendant Davison. An order fixing pretrial deadlines will issue.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**